

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DOMACH REATH, | \* | CIV 09-4131 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| DOUGLAS WEBER, Warden; and AL MADSEN, D-Unit Manager; both sued in individual and official capacities, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On August 23, 2010, Plaintiff Domach Reath filed his Objections dated August 19, 2010, to the Report and Recommendation of Magistrate Judge Simko. The objections add nothing other than to claim other possible sources of TB from other prisoners. The file, including the objections were reviewed de novo. There is nothing in the objections that alters the reasoning and the conclusions contained in the Report and Recommendation. Accordingly,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court, and Plaintiff's Objections are denied.

2. That the Plaintiff is responsible to pay the filing fee.

Dated this ___ day of September, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY